No. 498, October Term, 1967. COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. *v.* FOUR COUNTIES WATER USERS ASSN. ET AL., 389 U. S. 1049, 390 U. S. 976. Motion for leave to file second petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

OCTOBER 26, 1971

No. 71–170. BOARD OF VISITORS OF THE COLLEGE OF WILLIAM & MARY IN VIRGINIA ET AL. *v.* NORRIS ET AL. Affirmed on appeal from D. C. E. D. Va.

No. 71–271. LAWSON ET AL. *v.* BOARD OF EDUCATION OF THE VESTAL CENTRAL SCHOOL DISTRICT ET AL. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that question of jurisdiction should be postponed to hearing of case on the merits.

No. A–247. REALE *v.* INTERNATIONAL BUSINESS MACHINES CORP. ET AL. Ct. App. N. Y. Application for extension of time within which to file petition for writ of certiorari presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE STEWART is of the opinion that the application should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.